**Fill in this information to identify the case:**

Debtor name    **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:19-bk-05202**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2020**      X **/s/ Philip E. Riehl**
Signature of individual signing on behalf of debtor

**Philip E. Riehl**
Printed name

**majority member**
Position or relationship to debtor

Debtor name **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:19-bk-05202**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $      1,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $      1,293,368.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $      2,793,368.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      3,913,396.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      13,168.01

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      37,672,202.29

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b      $      41,598,766.87

Fill in this information to identify the case:

Debtor name **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:19-bk-05202**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank** | **Industry Solutions Checking** | **8455** | **$3,579.00** |
| 3.2. | **First United Bank & Trust** | checking | 9212 | $33,905.00 |
| 3.3. | **Muncy Bank & Trust Company** | checking | 8109 | $64,309.00 |
| 3.4. | **First United Bank & Trust** | checking | 8115 | $42.00 |
| 3.5. | **F & M Trust** | checking | 0152 | $49.00 |
| 3.6. | **West Plains Bank** | checking | 1360 | $74.00 |

4. **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $101,958.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

- ■ No.  Go to Part 3.
- ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

- ☐ No.  Go to Part 4.
- ■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | 705,470.00 | - | 104,060.00 | =.... | $601,410.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

     $601,410.00

### Part 4:    Investments

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials misc inventory as described on Exhibit D** | 12/6/19 | $110,000.00 | Recent cost | $110,000.00 |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

     $110,000.00

24.  **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture**<br>**see attached Exhibit "A"** | $0.00 | Liquidation | $5,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                            | $5,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | misc trucks and vehicles as more fully described on Exhibit "B" | Unknown | Liquidation | $125,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **misc machinery equipment as more fully described on Exhibit "C"**    Unknown    Liquidation    $350,000.00

51.    **Total of Part 8.**
       Add lines 47 through 50. Copy the total to line 87.    $475,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2330 Molly Pitcher Highway, Chambersburg, PA 17202** | Fee Simple | Unknown | Liquidation | $1,200,000.00 |
| 55.2. **129 Commerce St. Chambersburg PA** | Equitable interest Installment sale agreement | Unknown | Comparable sale | $300,000.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.    $1,500,000.00

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document    Page 6 of 82

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $101,958.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $601,410.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $110,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $475,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,293,368.00 | + 91b. $1,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,793,368.00 |

Lunch/Office area

| | |
|---|---|
| 4 | Computer work stations |
| 4 | Office chairs |
| 1 | Markem label printer |
| 12 | Folding chairs |
| 2 | Folding tables |
| 1 | Set of employee lockers |
| 2 | Refrigerators |
| 1 | Safe |
| 1 | Security camera system |

Administrative office

| | |
|---|---|
| 14 | Computer desk/workstations with office chairs |
| 1 | Fireproof safe |
| 1 | Lateral filing cabinet |
| 4 | 4-drawer filing cabinet |
| 1 | Conference room table and chairs |
| 1 | Steel 2-door storage cabinet |
| 1 | Computer netwwork system with servers |
| 1 | QuickBooks Enterprise software |
| 1 | NCR counterpoint software |
| 1 | Phone system |

| Truck # | Year | Make/Model | VIN |
|---------|------|------------|-----|
| 211 | 2006 | Freightliner | 1FVACWDC56HU98160 |
| 212 | 2007 | Freightliner M2-106 | 1FVACWDC87HX79902 |
| 225 | 2015 | Kenworth T370 | 2NKHLJ9XXFM433044 |
| 226 | 2007 | Freightliner Columbia | 1FUBA5CK07LX81281 |
| 227 | 2011 | Freightliner M2 | IFVHCYBS5BDAV1861 |
| 228 | 2016 | Kenworth T880 | 1NKZLP9X5FJ454723 |
| 250 | 2000 | Kenworth W900 | 1XKWDB9X4YJ857197 |
| 251 | 2012 | Kenworth T600 | 1XKADP9X1CJ325289 |
| 253 | 2013 | Peterbuilt 388 | 1XPWDP9XXDD179538 |
| 302 | 2004 | INTERNATIONAL tanker | 2HSCEAXRX4C088196 |

| Trailer # | Year | Make/Model | VIN |
|-----------|------|------------|-----|
| T-110 | 1985 | Benner | 1W9P82126F1027390 |
| T-130 | 1995 | Polar Tanker | 4BUGD286SB955455 |
| 1001 | 2008 | Great Dane 53ft | 1GRAA06298S701278 |
| 1002 | 2005 | Utility 36ft | 1YUVS23635M462601 |
| 1009 | 2009 | Hyundai 53ft | 3H3V532C89T134001 |

| | Year | Make/Model/color | VIN |
|--|------|------------------|-----|
| | 2013 | Honda CRV Light Blue | 5J6RM3H54DL012048 |
| | 2014 | Honda CRV Gray | 2HXRM4H59EH659529 |
| | 2014 | Honda CRK Red | 5J6RM3H52EL002796 |
| | 2012 | Honda CRV Brown | 5J6RM3H55CL040035 |
| | 2014 | Honda CRV Silver | 5J6RM4H55EL054283 |
| | 2012 | Honda CRV Light Green | 2HKRM3H56CH508204 |
| | 2015 | Ford F150 Black | 1FTEW1EFXFFB01818 |
| | 2004 | Jeep Cherokee Dark Blue | 1J4GW48S94C303058 |
| | 2010 | Chevy Van White | 1GC2GFAG9A1182858 |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|---|---|---|
| Outside | 1 | Maintenance Trailer with air conditioned office area |
| | 1 | Dumping trash bin |
| | 4 | Stanley Vidmar cabinents with contents |
| | 3 | Storage racking |
| | 1 | Pneumatic floor jack |
| | 3 | Milwaukee M18 cordless tools |
| | 1 | Miller portable TIG welder |
| | 1 | Jabsco 5hp positive pump with SS base |
| | 1 | Jabsco 3hp positive pump |
| | 1 | Lot of spare parts in trailer |
| | 1 | Poly two-door chemical storage cabinet |
| | 1 | 7000lb Ice Builder with SS coil set |
| | 1 | Trenton 12hp ice builder condensing unit |
| | 2 | Whaley 20ton chiller units with rack |
| | 1 | Chilled water balancing tank |
| | 1 | 300kw/375kva 3phase Onan Genset w/Cummins engine (437 hours) |
| | 1 | Auto Transfer switch |
| | | |
| Receiving Area, etc. | 2 | 3' fiberglass step ladders |
| | 3 | 4' fiberglass step ladders |
| | 1 | Portable steel desk with compartments |
| | 1 | 7.5hp Ampco 216 centrifugal pump with VSD |
| | 1 | Lot of piping with air valves and fittings |
| | 1 | Control panel with HMI |
| | 1 | 2" Air blow complete |
| | 1 | Bug light |
| | 1 | AO Smith 199,000 LP Gas hot water heater (nearly new) |
| | 1 | Hotsy hot water high pressure washer |
| | 3 | Portable foamer unit |
| | 2 | HTP Elite 148,000 BTU Hot water boiler |
| | 2 | HTP Elite 398,000 BTU Hot water boiler |
| | 1 | Household refrigerator |
| | 1 | Receiving COP area Control panel with HMI |
| | 1 | Dairy Heritage 60" COP/CIP vat with 5hp pump and shell & tube heat exchanger |
| | 1 | Ice water circulation system |
| | 10 | Chemical containment units |
| | 1 | Lot of spare fittings, clamps, and gaskets |
| | 1 | Catwalk |
| | 2 | Milk tanker washing sprayball systems |
| | 1 | Safety hoist system |
| | | |
| Maintenance area | 2 | Kaeser SM10 10HP scroll air compressor |
| | 1 | Air drying system |
| | 1 | Lincoln TIG200 portable TIG welder |

Page 1 of 7

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|----------|-----|-------------|
| | 1 | Torch kit |
| | 1 | Work bench with set of tools |
| | 1 | Lot of spare parts |
| | 3 | Rolling tool cabinets with tool sets |
| | 1 | Locking two-door steel storage cabinet |
| | 1 | Portable torch kit |
| | 1 | ACTech 30HP Liquefier VSD |
| | 1 | ACTech 60HP Homogenizer VSD |
| | 1 | 8' fiberglass Step Ladder |
| | 1 | section of storage racking |

**Raw area**

| Location | QTY | Description |
|----------|-----|-------------|
| | 1 | Scales |
| | 2 | Portable poly food grade ingredient storage bins |
| | 1 | Poly platform cart |
| | 1 | Powder mix funnel |
| | 1 | Liquefier 25hp 200 gallon |
| | 2 | Jabsco 5hp positive pump with SS base |
| | 1 | Jabsco 1.5hp positive pump with SS base - portable |
| | 1 | 1500 Gal rectangular wall tank refrigerated with SS end |
| | 1 | 3000 Gal rectangular wall tank refrigerated all SS |
| | 1 | 5000 Gal horizontal wall tank refrigerated with SS end |
| | 1 | Mueller 10,000 Gal refrigerated SS silo - verical agitation |
| | 1 | Mueller 20,000 Gal refrigerated SS silo - horizontal agitation – new in 2015 |
| | 4 | 3" air drain valve |
| | 1 | 5hp Ampco 216 centrifugal pump |
| | 1 | 3hp Ampco 216 centrifugal pump |
| | 1 | Raw room Control panel with HMI |
| | 1 | Lot of SS piping, trunk lines, air valves, etc. |
| | 1 | 8-port CIP Flowverter panel |
| | 1 | Mueller 2000 gal farm-style bulk milk tank (mix tank) |
| | 2 | SS hand sink |
| | 1 | Dosmatic chemical injection unit |

**Bottle areas**

| Location | QTY | Description |
|----------|-----|-------------|
| | 1 | 4-Tank CIP system w/2 heat exchangers, 2 10hp pumps, and full controls |
| | 1 | Dairy Heritage crate washer |
| | 1 | Ladewig 6-wide bottle washer with auto infeed and prerinse |
| | 4 | Rolling poly garbage pails |
| | 1 | large portable dumping garbage bin |
| | 1 | Crown electric Walkie pallet jack |
| | 1 | hand pallet jack |
| | 1 | Hand truck |
| | 1 | 6' fiberglass step ladder |
| | 1 | Kneppers commerical water softening system |
| | 1 | UV light |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|---|---|---|
| | 1 | Toyota LP Gas forklift |
| | 3 | Circulator fan |
| | 4 | GT-180 fly lights |
| | 3 | Stanley Vidmar storage units with hardware |
| | | |
| Baking area | | |
| | 1 | Gas range |
| | 1 | Commerical Gas convection oven |
| | 1 | Hobart mixer |
| | 1 | Warming oven |
| | 1 | SS work table |
| | 1 | SS work table with poly cutting board top |
| | 1 | Portable bakery rack |
| | 1 | Lot of kitchen utensiles |
| | | |
| Lab area | | |
| | 1 | FOSS Milkoscan FT1 butterfat, protein, solids testing system |
| | 1 | Charm antibiotic tesing unit - IMS compliant |
| | 1 | Hy-mini Incubator |
| | 1 | Revsci incubator |
| | 1 | Refrigerator |
| | 1 | Page & Pederson milk tester |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|---|---|---|
| Retail store area | | |
| | 1 | 5-door display cooler |
| | 2 | 3-door display freezer |
| | 1 | Lot tables and chairs |
| | 1 | hot dog machine |
| | 1 | hot pretzel machine |
| | 1 | 12-hole ice cream dipping cabinet |
| | 1 | 6-hole ice cream dipping cabinet |
| | 1 | Deli display cooler |
| | 1 | Hobart meat slicer |
| | 1 | checkout counter |
| | 1 | Walk-in cooler with 4-door display |
| | 2 | Sandwich preparation machines |
| | 1 | SS table |
| | 1 | Milkshake machine |
| | 2 | Microwave |
| | 1 | storage rack |
| | 1 | Lot of pots, pans, kettles, kitchen utensiles |
| | 1 | 3-compartment sink |
| | 1 | Countertop Oven |
| | 2 | Soup serving pots |
| | 1 | Lot of storage room rack sections |
| | 1 | Union Market equipment* LOCATED IN WASHINGTON DC & NOT INCLUDED IN THE SALE TRANSACTION |
| | 1 | Eastern Market equipment* LOCATED IN WASHINGTON DC & NOT INCLUDED IN THE SALE TRANSACTION |
| | 1 | Gazebo |
| | 2 | Picnic tables |
| | 2 | Benches |
| | | |
| Ice cream/butter area | | |
| | 1 | Walk-in Blast freezer approx 24' x 40' |
| | 1 | insulated ice cream shipping totes |
| | 7 | sections of pallet racking |
| | 10 | Large white coolers (for shipping ice cream) |
| | 4 | Sections of roller conveyor |
| | 3 | Poly rolling food grade ingredient bins |
| | 1 | bakery rack |
| | 4 | SS work table |
| | 1 | Hobart mixer |
| | 1 | Videojet |
| | 1 | 3-compartment sink |
| | 4 | Electrofreeze 20qt ice cream freezer |
| | 7 | Poly rolling carts |
| | 1 | Dairy Heritage 65 Gallon Butter Churn |
| | 1 | Dairy Heritage progressive cavity butter pump with hopper and control |
| | 1 | butter production room Control panel with HMI |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|---|---|---|
| | 5 | Anderson Guardian temperature recorder |
| | 2 | 2x500 gallon compartment tank |
| | 5 | portable bakery rack |
| | 1 | Lot of SS pans |
| | 1 | Lot of poly totes |
| | 1 | Mueller 800 gal farm-style milk tank |
| | 1 | 300 Gal flat-top milk tank |
| | 2 | Storage shelving unit |
| | 1 | Ampco 114 centrifugal pump |
| | 1 | Lot of piping with air valves, fittings, etc. |
| | 1 | 8-port Flowverter panel |
| Production room | 1 | Federal G123 Left hand bottle filler J3 Valves and level control |
| | 1 | Bottle filler Control panel with HMI |
| | 1 | Vibratory caps feeder and chute with caps hopper |
| | 2 | Videojet dater |
| | 1 | Bottle conveyor - bottle washer to case-off - approx 70' |
| | 1 | 5' fiberglass step ladder |
| | 1 | Poly waste can |
| | 1 | powered crate conveyor 10' |
| | 1 | multiple sections of roller conveyor for crates |
| | 1 | Federal G184 Right hand bottle filler J4 Valves and level control |
| | 1 | Bottle filler Control panel with HMI |
| | 1 | Spinner caps feeder and chute with caps hopper |
| | 1 | Bottle rinser |
| | 1 | Bottle conveyor - labeler to case-off - approx 50' |
| | 1 | Debagging table |
| | 1 | Two-side programmable labeler system |
| | 1 | Powered crate coneyor system - approx 75' |
| | 1 | SS work table |
| | 1 | COP Vat with 5hp pump |
| | 1 | Storage rack |
| | 1 | 3-compartment sink |
| | 1 | SS Hand sink |
| | 1 | 3x500 compartment jacketed tank |
| | 1 | Mueller 1000 gal farm-style bulk milk tank |
| | 1 | 1.5 hp filler feed pump |
| | 1 | 3 hp Ampco centrifugal pump |
| | 1 | 300-gal Vat Pasteurizer |
| | 1 | Gaulin homogenizer 1800 Gallons/Hour |
| | 1 | Alfa-Laval HTST system 1200 Gallons/Hour with split regen & dual pressure |
| | 1 | DeLaval Model 392 cream separator |
| | 1 | Skim milk receiving unit with Ampco centrifugal pump |
| | 1 | Cream plate heat exchanger |
| | 1 | 600 Gallon farm milk tank for cream storage |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|---|---|---|
| | 2 | 3hp Ampco filler feed pump |
| | 1 | DCI Triple compartment tank jacketed SS front 1500/1200/800 |
| | 1 | SS walk platform |
| | 1 | Work desk |
| | 2 | Anderson Magnetic flow meter |
| | 1 | large lot of piping, air valves, trunk lines, fittings, etc. |
| | 1 | Doorway foamer unit |
| | | |
| Dry storage/Cooler area | | |
| | 1 | Crown ride-on reach truck |
| | 1 | Crown walk-behind reach truck |
| | 2 | Hyster electric pallet jack |
| | 1 | hand pallet jack |
| | 1 | 12' rolling ladder |
| | 1 | hand truck |
| | 1 | Pladot 130 Gal insulated cream tank with forklift skid |
| | 3 | Pladot 130 Gal insulated cream tank with forklift skid |
| | 1 | 6' Fiberglass step ladder |
| | 1 | 3-door display cooler |
| | 2 | Poly rolling platform carts |
| | 1 | 5' fiberglass step ladder |
| | 20 | sections of pallet racking |
| | 3 | sections of storage racking |
| | 3 | Crown electric pallet jack |
| | 1 | M.J. Maillis Wulftec automatic pallet wrapper |
| | 1 | Handtruck |
| | 4 | 10-gallon SS milk can |
| | 4 | sections roller conveyor |
| | 2 | 8' folding table |
| | 1 | 8' Fiberglass step ladder |
| | 1 | 50' x 80' x 18' cooler |
| | 1 | Sensaphone system |
| | | |
| Industrial Drive | | |
| | 1 | Portable dumping garbage bin |
| | 3 | Portable circulating fans |
| | 1 | LP Gas heater |
| | 2 | Crown electric pallet jack |
| | 2 | Hand pallet jack |
| | 1 | Toyota LP Gas forklift |
| | 53 | Sections of pallet racking |
| | 1 | 10' Fiberglass step ladder |
| | 1 | hand truck |
| | | |
| Commerce Street | | |
| | 1 | Crown walk-behind forklift |

# EXHIBIT A

## Trickling Springs Creamery

| Location | QTY | Description |
|----------|-----|-------------|
| | 2 | Blue poly ice cream totes |
| | 1 | Crown electric pallet jack |
| | 1 | Hand pallet jack |
| | 1 | hand truck |
| | 1 | Eastey L-bar shrink wapper sealer |
| | 1 | Electric shrink wrap heat tunnel |
| | 9 | Sections of 4-deep pallet racking |
| | 13 | Sections of 3-deep pallet racking |
| | 2 | Sections of pallet racking |
| | 1 | Steel carts with shelves |
| Heinz Building | | |
| | 1 | Dairy Heritage 20000 lb ice builder box only |
| | 1 | SS wash down SS HVAC unit with duct socks |
| | 1 | Cross-over stairs |
| | 1 | Volumetric Technologies SS volumetric filler |
| | 1 | Lattner Steam Boiler |
| | 1 | PAC Shrink Sleeve labeler |
| | 1 | Cherry Burrell Super Homo homogenizer Model SS-1800-VB |
| | 1 | Lord Labeling system - single side |
| | 1 | 3M Top and Bottom case sealer |
| | 1 | Lot of racking |
| | 1 | Cup filler |

# INVENTORY AS OF 12-6-19

| | | | | Period QTY | Period Unit Cost | Period Total Cost |
|---|---|---|---|---|---|---|
| | | | | 2019 | 2019 | 2019 |
| 900314 | CRATE BLACK SQUARE | EACH | CRATES | 7542 | $ 2.9569 | $ 22,301 |
| 900315 | CRATE BLUE HG | EACH | CRATES | 2270 | $ 7.3872 | $ 16,769 |
| 900316 | CRATE BLUE QT | EACH | CRATES | 991 | $ 8.7437 | $ 8,665 |
| 900004 | Sugar | LB | INGREDIENT | 11100 | $ 0.5040 | $ 5,594 |
| 901025 | NM Nat Bourbon Vanilla Flavor | FL OZ | INGREDIENT | 1280 | $ 1.7964 | $ 2,299 |
| 900140 | Organic Vanilla Extract Cooks | FL OZ | INGREDIENT | 1280 | $ 3.4983 | $ 4,478 |
| 900003 | Forbes Chocolate | LB | INGREDIENT | 500 | $ 1.5438 | $ 772 |
| 900122 | Peppermint Extract | FL OZ | INGREDIENT | 2816 | $ 0.4439 | $ 1,250 |
| 900005 | Organic FT Chocolate (Dutch T) | LB | INGREDIENT | 19650 | $ 2.6416 | $ 51,907 |
| 900016 | #6 IC Stabilizer- FF IC | LB | INGREDIENT | 640 | $ 3.8935 | $ 2,492 |
| 901040 | Organic IC Stabilizer | LB | INGREDIENT | 840 | $ 4.8085 | $ 4,039 |
| 900007 | Organic Nonfat Dry Milk | LB | INGREDIENT | 2000 | $ 4.2969 | $ 8,594 |
| 900134 | Peanut Butter | LB | INGREDIENT | 100 | $ 2.9621 | $ 296 |
| 900125 | Vanilla Nat Flavor (Lochhead) | FL OZ | INGREDIENT | 7552 | $ 0.8841 | $ 6,677 |
| 900014 | Eggnog Mix #11 | LB | INGREDIENT | 5880 | $ 3.4958 | $ 20,555 |
| 900015 | Promix | LB | INGREDIENT | 3550 | $ 1.0561 | $ 3,749 |
| 900006 | Organic Sugar | LB | INGREDIENT | 2600 | $ 0.8133 | $ 2,115 |
| 900168 | Organic Agave Syrup | LB | INGREDIENT | 900 | $ 3.2605 | $ 2,934 |
| 900035 | NM Vanilla Bean Paste | FL OZ | INGREDIENT | 256 | $ 2.8787 | $ 737 |
| 900165 | Sorghum Syrup | LB | INGREDIENT | 300 | $ 1.2304 | $ 369 |
| 901052 | Butter Pecan Base | FL OZ | INGREDIENT | 1920 | $ 0.1769 | $ 340 |
| 900141 | Organic Peppermint Extract | FL OZ | INGREDIENT | 2816 | $ 0.6515 | $ 1,835 |
| 900166 | Tapioca Syrup | LB | INGREDIENT | 250 | $ 1.0239 | $ 256 |
| 901002 | Grape Jam | FL OZ | INGREDIENT | 512 | $ 0.2029 | $ 104 |
| 900931 | Salted Caramel Sauce | FL OZ | INGREDIENT | 2560 | $ 0.0910 | $ 233 |
| 901016 | FOOD COLORING Green Liquid | FL OZ | INGREDIENT | 384 | $ 2.5140 | $ 965 |
| 900148 | Pumpkin Solids | #10 CAN | INGREDIENT | 41 | $ 8.0011 | $ 328 |
| 900121 | Lemon Extract | GALLON | INGREDIENT | 3 | $ 62.9260 | $ 189 |
| 900913 | Organic Maple Flavor | FL OZ | INGREDIENT | 512 | $ 0.4832 | $ 247 |
| 900167 | Coconut Cream | LB | INGREDIENT | 20 | $ 1.1793 | $ 24 |
| 900042 | Kosher Salt | oz | INGREDIENT | 2640 | $ 0.0482 | $ 127 |

TOTAL COST                                                                                    $ 110,362

| qty per unit | cost per unit | qty on hand |
|---:|---:|---:|
| 1 | $ 2.96 | 7542 |
| 1 | $ 7.39 | 2270 |
| 1 | $ 8.74 | 960 |
| 50 | $ 25.20 | 222 |
| 128 | $ 229.94 | 10 |
| 128 | $ 447.78 | 10 |
| 50 | $ 77.19 | 10 |
| 128 | $ 56.82 | 22 |
| 50 | $ 132.08 | 393 |
| 40 | $ 155.74 | 16 |
| 40 | $ 192.34 | 21 |
| 50 | $ 214.85 | 40 |
| 50 | $ 148.11 | 2 |
| 128 | $ 113.16 | 59 |
| 42 | $ 146.82 | 140 |
| 50 | $ 52.81 | 71 |
| 50 | $ 40.67 | 52 |
| 60 | $ 195.63 | 15 |
| 128 | $ 368.47 | 2 |
| 60 | $ 73.82 | 5 |
| 640 | $ 113.22 | 3 |
| 128 | $ 83.39 | 22 |
| 50 | $ 51.20 | 5 |
| 256 | $ 51.94 | 2 |
| 640 | $ 58.24 | 4 |
| 64 | $ 160.90 | 6 |
| 1 | $ 8.00 | 41 |
| 1 | $ 62.93 | 3 |
| 128 | $ 61.85 | 4 |
| 20 | $ 23.59 | 1 |
| 880 | $ 42.42 | 3 |

Trickling Springs Creamery, LLC

C U S T O M E R   A G I N G   B A L A N C E S   O N L Y

Age as of date:     11/17/2019          Age Cutoff date:     11/17/2019
Age by:             Document date
Order by:           Customer #
Customer: Balance not equal to 0 and
Category doesn't contain EMPLOYEE and
Customer # between WH-10002 and WH-11999

| Customer #<br>Name<br>Sls rep | | Balance | (OPEN) balan | Aged balances | | | |
|---|---|---|---|---|---|---|---|
| | | | | Current | 31 - 60 days | 61 - 90 days | Over 90 days |
| WH-10006<br>Agri-Service<br>DALE | | 8,272.02 | 593.44<br>7.17% | 0.00<br>0.00% | 0.00<br>0.00% | 0.00<br>0.00% | 7,678.58<br>92.83% |
| Sls rep      DALE | Customer count : | 1 | | | | | |
| WH-10305<br>Lanco-Pennland<br>GARY | | 62,131.51 | -5,577.85<br>-8.98% | 0.00<br>0.00% | 0.00<br>0.00% | 0.00<br>0.00% | 67,709.36<br>108.98% |
| Sls rep      GARY | Customer count : | 1 | | | | | |
| WH-10395<br>Moothru<br>JOE | | 15,839.80 | -1,510.50<br>-9.54% | 3,200.00<br>20.20% | 14,150.30<br>89.33% | 0.00<br>0.00% | 0.00<br>0.00% |
| Sls rep      JOE | Customer count : | 1 | | | | | |
| WH-10474<br>Rainforest Organic, Inc.<br>HEATHER | | 446,965.80 | 0.00<br>0.00% | 2,268.88<br>0.51% | 444,465.92<br>99.44% | 231.00<br>0.05% | 0.00<br>0.00% |
| Sls rep      HEATHER | Customer count : | 1 | | | | | |
| WH-10698<br>Homestead Creamery<br>CHRIS | | 498.00 | 0.00<br>0.00% | 0.00<br>0.00% | 498.00<br>100.00% | 0.00<br>0.00% | 0.00<br>0.00% |
| Sls rep      CHRIS | Customer count : | 1 | | | | | |
| WH-10725<br>Beyond Organic<br>DALE | | -973.00 | -973.00<br>100.00% | 0.00<br>0.00% | 0.00<br>0.00% | 0.00<br>0.00% | 0.00<br>0.00% |
| Sls rep      DALE | Customer count : | 1 | | | | | |
| WH-10758<br>Glenwood Foods @ Greencastle LLC<br>CHRIS | | 7,866.95 | 0.00<br>0.00% | 7,866.95<br>100.00% | 0.00<br>0.00% | 0.00<br>0.00% | 0.00<br>0.00% |
| WH-11241<br>Union Kitchen<br>CHRIS | | 50,906.40 | -10,994.00<br>-21.60% | 0.00<br>0.00% | 23,459.07<br>46.08% | 37,442.83<br>73.55% | 998.50<br>1.96% |
| WH-11308<br>US Foods<br>CHRIS | | 8,928.00 | 0.00<br>0.00% | 0.00<br>0.00% | 8,928.00<br>100.00% | 0.00<br>0.00% | 0.00<br>0.00% |
| Sls rep      CHRIS | Customer count : | 3 | | | | | |

Report includes aging for:

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 Customers with DR balances | 601,408.48 | -17,488.91 | 13,335.83 | 491,501.29 | 37,673.83 | 76,386.44 |
| 1 Customers with CR balances | -973.00 | -973.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 Customers | 600,435.48 | -18,461.91 | 13,335.83 | 491,501.29 | 37,673.83 | 76,386.44 |

— End of report —

| | |
|---|---|
| Debtor name | **Trickling Springs Creamery LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:19-bk-05202** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Dennis E.  Martin**<br>Creditor's Name<br><br>**7698 Lancaster Ave.**<br>**Myerstown, PA 17067**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/1/19**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. UMB Bank**<br>**2. Dennis E.  Martin**<br>**3. John J. & Arlene G. Byers**<br>**4. Paul J. and Mary I. Baker**<br>**5. Quintin F. Frey**<br>**6. Four R Associates, LLC**<br>**7. West Plains Bank & Trust Co.**<br>**8. First United Bank**<br>**9. Guilford Township Supervisors**<br>**10. Guilford Water Authority**<br>**11. Organic Valley**<br>**12. Dimitri Pappas** | Describe debtor's property that is subject to a lien<br>**2330 Molly Pitcher Highway, Chambersburg, PA 17202**<br><br>Describe the lien<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $126,651.96 | $1,200,000.00 |
| **2.2**   **Dimitri Pappas** | Describe debtor's property that is subject to a lien | $210,000.00 | $1,200,000.00 |

| | |
|---|---|
| Creditor's Name | __2330 Molly Pitcher Highway, Chambersburg, PA 17202__ |
| __40 W. Evergreen Ave. Philadelphia, PA 19118__ | |
| Creditor's mailing address | Describe the lien |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No <br> ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> __Specified on line 2.1__ | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.3 | __First United Bank__ | Describe debtor's property that is subject to a lien | __$122,214.23__ | __$1,200,000.00__ |
| | Creditor's Name | __2330 Molly Pitcher Highway, Chambersburg, PA 17202__ | | |
| | __P.O. Box 130 Durant, OK 74702__ | | | |
| | Creditor's mailing address | Describe the lien <br> __Mortgage__ | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No <br> ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> __Specified on line 2.1__ | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | __Four R Associates, LLC__ | Describe debtor's property that is subject to a lien | __$585,000.00__ | __$1,200,000.00__ |
| | Creditor's Name | __2330 Molly Pitcher Highway, Chambersburg, PA 17202__ | | |
| | __490 Gender Rd. Newark, DE 19713__ | | | |
| | Creditor's mailing address | Describe the lien <br> __Mortgage__ | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No <br> ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred <br> __7/16/19__ | ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: <br> Check all that apply | | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 7

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Guilford Township Supervisors** | | |
|---|---|---|---|

Creditor's Name

**115 Spring Valley Road Chambersburg, PA 17202**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**2330 Molly Pitcher Highway, Chambersburg, PA 17202**     $25,778.00     $1,200,000.00

**Describe the lien**
**Statutory lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Guilford Water Authority** | | |
|---|---|---|---|

Creditor's Name

**115 Spring Valley Road Chambersburg, PA 17202**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**2424**

**Describe debtor's property that is subject to a lien**
**2330 Molly Pitcher Highway, Chambersburg, PA 17202**     $3,863.44     $1,200,000.00

**Describe the lien**
**Municipal Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **John J. & Arlene G. Byers** | | |
|---|---|---|---|

Creditor's Name

**236 Critchfield Road Somerset, PA 15501**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2330 Molly Pitcher Highway, Chambersburg, PA 17202**     $325,000.00     $1,200,000.00

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/5/17**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Marquette Commercial Fin** | **Describe debtor's property that is subject to a lien** | $335,169.52 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Andrew Glasnovich, Esq.**
**50 S. 6th St., Ste. 2600**
**Minneapolis, MN 55402**

**see attached Exhibit "A"**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Mid Penn Business Group, LLC** | **Describe debtor's property that is subject to a lien** | $72,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**2159 Castlegreen Drive**
**Greencastle, PA 17225**

**129 Commerce St. Chambersburg PA**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 2.1 0 | **Organic Valley** | Describe debtor's property that is subject to a lien | $394,927.52 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**CR of OPP Department 7041**
**Carol Stream, IL 60122**

Creditor's mailing address

**2330 Molly Pitcher Highway, Chambersburg, PA 17202**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**0409**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Paul J. and Mary I. Baker** | Describe debtor's property that is subject to a lien | $150,000.00 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**4270 Oak Hill Rd.**
**Waynesboro, PA 17268**

Creditor's mailing address

**2330 Molly Pitcher Highway, Chambersburg, PA 17202**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/25/02**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Quintin F. Frey** | Describe debtor's property that is subject to a lien | $282,000.00 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**3521 Anchor Road**
**Washington Boro, PA 17582**

Creditor's mailing address

**2330 Molly Pitcher Highway, Chambersburg, PA 17202**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/3/19**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 7

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 3 | **UMB Bank** | Describe debtor's property that is subject to a lien | $373,298.93 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Battlefield Banking Ctr.
1150 E. Battlefield
Springfield, MO 65807**

Creditor's mailing address

**2330 Molly Pitcher Highway, Chambersburg, PA 17202**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/28/16**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 4 | **West Plains Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $907,492.97 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**11 Court Square
West Plains, MO 65775**

Creditor's mailing address

**2330 Molly Pitcher Highway, Chambersburg, PA 17202**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/29/16**
Last 4 digits of account number
**2775**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,913,396.57 |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Organic Valley**<br>**One Organic Way**<br>**La Farge, WI 54639** | Line __2.10__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **1:19-bk-05202**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**DC Treasurer Sales & Use Tax**<br>**Office of Tax and Revenue**<br>**PO Box 96384**<br>**Washington, DC 20090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,523.89** | **$1,523.89** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number **5200**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**DC Treasurer Sales & Use Tax**<br>**Office of Tax and Revenue**<br>**1101 4th St. SW, Ste. W270**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,715.54** | **$4,715.54** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**filing period 9/30/19 sales and use tax** | | |
|  | Last 4 digits of account number **4384**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Case 1:19-bk-05202-HWV    Doc 17   Filed 01/17/20   Entered 01/17/20 16:21:54   Desc
Main Document    Page 28 of 82

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PA Dept. of Banking and Securities**
17 N. 2d St., Ste. 1300
Harrisburg, PA 17101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,928.58 | $6,928.58 |
|---|---|---|---|---|

**Pa. Dept. of Revenue**
P.O. Box 280410
Harrisburg, PA 17128

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,580.09 |
|---|---|---|---|

**700 Penn LP-North Retail**
c/o Eastbank, Inc.
3307 M Street NW  Suite 400
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _rent, CAM charges, utilities_

Basis for the claim: _also real estate charges, 700 C Street SE_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.20 |
|---|---|---|---|

**Advanced Technology Specialists**
102 Poplar Street
Mont Alto, PA 17237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,343,244.64 |
|---|---|---|---|

**Agri-Service LLC**
11606 Greencastle Pike
Hagerstown, MD 21740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _3540_

Basis for the claim: _loan_

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document      Page 29 of 82

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,433.86** |
|---|---|---|---|

**ALBERT OVERHOLT**
**636 KEMPFIELD CHURCH RD**
**Abbeville, SC 29620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/16**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,489.00** |
|---|---|---|---|

**ALF L COON**
**1070 150TH STREET**
**Keota, IA 52248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2016**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**American Grassfed Association**
**PO Box 46-1090**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,439.75** |
|---|---|---|---|

**Amy's Kitchen, Inc.**
**3000 Dutton Avenue  Suite A**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**Anabaptist Financial**
**55 Whisper Creek Drive**
**Lewisburg, PA 17837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,546.52** |
|---|---|---|---|

**ANDREW S EHST**
**391 BLACKISTON RD**
**Clayton, DE 19938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2015**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$308.87** |
|---|---|---|---|

**Angelika Film Center**
**8223 Lee Highway**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document    Page 30 of 82

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,145.34 |
|---|---|---|---|

**ANNA MAE BYLER**
**6179 HWY 140 N**
**Cottage Grove, TN 38224**

Date(s) debt was incurred  **12/8/15**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,743.84 |
|---|---|---|---|

**Apple Valley Waste**
**771 James Burr Blvd.**
**Kearneysville, WV 25430**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.97 |
|---|---|---|---|

**Applied Industrial Technologies**
**22510 Network Place**
**Chicago, IL 60673-1225**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

**Ard's Farm**
**4803 Old Turnpike Road**
**Lewisburg, PA 17837**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Atwaters - Kenilworth**
**2905 Whittington Avenue**
**Baltimore, MD 21230**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,215.50 |
|---|---|---|---|

**BARBARA A BYLER**
**N16155 STATE ROAD 73**
**Thorp, WI 54771**

Date(s) debt was incurred  **12/9/15**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|

**BARBARA A GOOD**
**2025 OLDFIELD POINT RD**
**Elkton, MD 21921**

Date(s) debt was incurred  **10/27/2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document    Page 31 of 82

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,423.82 |
|---|---|---|---|
| | **BETTY J WITMER**<br>**4287 PINEVILLE RD**<br>**Port Republic, VA 24471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/27/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|
| | **Blair Cornelius**<br>**1625 Clinton Avenue**<br>**Chambersburg, PA 17201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.50 |
|---|---|---|---|
| | **Blue Bottle Coffee Inc**<br>**476 Ninth Street Suite 300**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **product purchases** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,130.62 |
|---|---|---|---|
| | **Blue Bridge Financial, LLC**<br>**535 Washington St  Suite 201**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **misc exp** | |
| | Last 4 digits of account number **3590** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,936.91 |
|---|---|---|---|
| | **BMO Harris Bank NA**<br>**P.O. Box 3040**<br>**Cedar Rapids, IA 52406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.17 |
|---|---|---|---|
| | **Bon Appetit**<br>**St. Mary's College**<br>**16800 Point Lookout Road**<br>**Saint Marys City, MD 20686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.81 |
|---|---|---|---|
| | **Bread and Butter LLC**<br>**529 Belvedere Avenue**<br>**Baltimore, MD 21212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,024.31 |
|---|---|---|---|
| | **BRENT L CARTER**<br>**W 6065 POPLAR ROAD**<br>**Sheldon, WI 54766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/7/2015** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,853.22 |
|---|---|---|---|
| | **Bricker Welding & Mfg, LLC**<br>**1354 Sollenberger Rd**<br>**Chambersburg, PA 17202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.60 |
|---|---|---|---|
| | **Butler's Farm Market**<br>**1783 Thatcher Road**<br>**Martinsburg, WV 25403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|
| | **C&K Systems, Inc.**<br>**Accounts Receivable/Billing**<br>**780 Lynnhaven Parkway Suite 345**<br>**Virginia Beach, VA 23452-7332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.49 |
|---|---|---|---|
| | **CAPITAL ELECTRIC**<br>**PO BOX 404749**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | **CareerBuilder, LLC**<br>**13047 Collection Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Carl Zimmerman**<br>**146 School Rd.**<br>**Bethel, PA 19507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,464.40** |
|---|---|---|---|
| | **CAROL COBLENTZ** <br> **HC 1 BOX 34** <br> **Grandin, MO 63943** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __11/16/2015__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,088.00** |
|---|---|---|---|
| | **Chamberlin & Wingert Sanitary** <br> **535 Lurgan Avenue** <br> **Shippensburg, PA 17257** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __trash services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$726.63** |
|---|---|---|---|
| | **Chambersburg Rental Svc Inc.** <br> **510 W. Loudon Street** <br> **Chambersburg, PA 17201** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159.00** |
|---|---|---|---|
| | **Chambersburg Waste Paper Co.** <br> **2047 Loop Road** <br> **Chambersburg, PA 17202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.34** |
|---|---|---|---|
| | **Cheat Lake Shop N Save** <br> **889 Venture Drive** <br> **Morgantown, WV 26508** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,996.55** |
|---|---|---|---|
| | **Chemserve Inc** <br> **P.O. Box 189** <br> **Birdsboro, PA 19508** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.00** |
|---|---|---|---|
| | **Chevy Chase Supermarke** <br> **8531 Connecticut Avenue** <br> **Chevy Chase, MD 20815** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document     Page 34 of 82

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.54 |
|---|---|---|---|

**Christendom College**
**Attn: Debbie Williams**
**134 Christendom Drive**
**Front Royal, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,648.61 |
|---|---|---|---|

**CHRISTIE J COON**
**1070 150th STREET**
**Keota, IA 52248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/27/16__

Basis for the claim: __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Claystrong Rentals Partnership**
**610 N 5th Ave.**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __equipment rental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $498.75 |
|---|---|---|---|

**Comcast**
**P.O. Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __utilty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.90 |
|---|---|---|---|

**Common Market**
**5703 Industry Lane, Suite 102**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __product purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |
|---|---|---|---|

**Compass Coffee - Shay**
**1535 7th Street NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __product purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,996.27 |
|---|---|---|---|

**CONRAD L COON**
**1070 150th STREET**
**Keota, IA 52248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/27/16__

Basis for the claim: __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,592.02 |
|---|---|---|---|

**Cook Flavoring Company**
**200 Sherwood Road**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,059.90 |
|---|---|---|---|

**CORNELIUS HOLLINGSHEAD**
**226 WILLIAMS LANE**
**Stephensport, KY 40170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/15**
Last 4 digits of account number _

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,112.00 |
|---|---|---|---|

**Country Acres Cider & Produce**
**6574 Wayne Highway**
**Waynesboro, PA 17268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679.33 |
|---|---|---|---|

**Coyote Tank**
**P.O. Box 262**
**Marion, PA 17235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,978.62 |
|---|---|---|---|

**CR Repairs LLC**
**314 Whiskey Run Road**
**Newville, PA 17241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,589.26 |
|---|---|---|---|

**Crider's Water Service**
**4272 Woodcove Road**
**Greencastle, PA 17225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,534.15 |
|---|---|---|---|

**Cross and Crown Productions**
**7  North Main Street**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,534.22 |
|---|---|---|---|
| | **D CLINTON SAUDER**<br>**433 PARK DRIVE**<br>**Carlisle, PA 17015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/13/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921,150.57 |
|---|---|---|---|
| | **Dale L. Martin**<br>**11606 Greencastle Pike**<br>**Hagerstown, MD 21740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,182.55 |
|---|---|---|---|
| | **DANIEL B MARTIN**<br>**2925 WATSON ROAD**<br>**Metter, GA 30439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/30/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,371.38 |
|---|---|---|---|
| | **DAVID E & SUSIE HUBER**<br>**5686 STATE ROUTE 96**<br>**Romulus, NY 14541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/31/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,278.73 |
|---|---|---|---|
| | **DAVID K MARTIN**<br>**2925 WATSON ROAD**<br>**Metter, GA 30439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/30/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|
| | **DAVID L HORST**<br>**1663 NEW STATE ROAD S**<br>**North Fairfield, OH 44855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/27/2018** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,289.04 |
|---|---|---|---|
| | **DAVID Z GOOD**<br>**861 KUTZTOWN RD**<br>**Myerstown, PA 17067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/25/16** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,575.02** |
| --- | --- | --- | --- |
| | **Dempsey Uniform & Supply, Inc.**<br>**1200 Mid Valley Drive**<br>**Jessup, PA 18434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,249.66** |
| --- | --- | --- | --- |
| | **DENNIS GEHMAN**<br>**PO BOX 264**<br>**Royston, GA 30662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/16/2015** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,160.32** |
| --- | --- | --- | --- |
| | **Dingman's Dairy**<br>**191 Pennsylvania Avenue**<br>**Paterson, NJ 07503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,286.25** |
| --- | --- | --- | --- |
| | **Donald R. Everett**<br>**1080 Round Hill Road**<br>**East Berlin, PA 17316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,877.23** |
| --- | --- | --- | --- |
| | **DONNA L STEINER**<br>**4468 US 35 W**<br>**Eaton, OH 45320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/27/2018** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,411.01** |
| --- | --- | --- | --- |
| | **DOUGLAS J KUHNS**<br>**20870 HILLPOINT RD**<br>**Barnett, MO 65011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/4/15** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.88** |
| --- | --- | --- | --- |
| | **Dutch Meadows Organics**<br>**845 Woodland Road**<br>**Wyomissing, PA 19610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.00 |
|---|---|---|---|
| | **Each Peach Market**<br>**3068 Mt. Pleasant St.**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,286.91 |
|---|---|---|---|
| | **EAJ 1309 5th St., LLC**<br>**Department 3008**<br>**PO Box 822315**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,507.35 |
|---|---|---|---|
| | **EARL D WEAVER**<br>**2284 KLINGER HOLLOW RD**<br>**Liverpool, PA 17045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/29/2016__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,100.78 |
|---|---|---|---|
| | **EARL J NISLY**<br>**9160 HIDDEN SPRINGS RD**<br>**Hopewell, OH 43746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/31/2015__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,473.42 |
|---|---|---|---|
| | **EARL MERVIN NOLT**<br>**7181 ST RT 812**<br>**Lowville, NY 13367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/31/15__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.44 |
|---|---|---|---|
| | **Eichner's Family Farm**<br>**285 Richard Road**<br>**Wexford, PA 15090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __purchases__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,810.84 |
|---|---|---|---|
| | **ELDON A KUHNS**<br>**1503 PEACH ORCHARD RD**<br>**Mulkeytown, IL 62865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/7/15__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document     Page 39 of 82

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,251.72** |
| | **ELISABETH S EHST**<br>**709 UNDERWOODS CORNER RD**<br>**Clayton, DE 19938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/31/2015** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,839.00** |
| | **ELISHA D CAMPBELL**<br>**192 SHEPHERDS CREEK**<br>**Flatgap, KY 41219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/19/2016** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,714.46** |
| | **ELIZABETH J SHOWALTER**<br>**40741 LODGE RD**<br>**Leetonia, OH 44431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/7/15** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460,000.00** |
| | **Elvin Martin**<br>**356 West Reliance Rd.**<br>**Souderton, PA 18964** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
| | **England Logistics**<br>**26400 Lahser Rd., Ste. 330**<br>**Southfield, MI 48033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **transportation services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.17** |
| | **EnviroLogix**<br>**500 Riverside Industrial Pkwy**<br>**Portland, ME 04103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,107.94** |
| | **ERIC B MAST**<br>**PO BOX 421**<br>**Farmville, VA 23901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/12/16** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$7,693.15** |
| | **Erie Insurance Group** | ☐ Contingent | | |
| | **100 Erie Insurance Place** | ☐ Unliquidated | | |
| | **Erie, PA 16530** | ☐ Disputed | | |
| | Date(s) debt was incurred __ | Basis for the claim: __insurance__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$26,644.83** |
| | **ERMA BEACHY** | ☐ Contingent | | |
| | **9441 SEAMAN ROAD** | ☐ Unliquidated | | |
| | **Middleport, NY 14105** | ☐ Disputed | | |
| | Date(s) debt was incurred __9/19/16__ | Basis for the claim: __loan__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$33,744.05** |
| | **ERMA E WENGER** | ☐ Contingent | | |
| | **44 HICKORY ST, UNIT 2  BOX 4** | ☐ Unliquidated | | |
| | **Hyden, KY 41749** | ☐ Disputed | | |
| | Date(s) debt was incurred __12/31/15__ | Basis for the claim: __loan__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$130,607.26** |
| | **ERMA G MARTIN** | ☐ Contingent | | |
| | **5245 STATE RT 146 EAST** | ☐ Unliquidated | | |
| | **Anna, IL 62906** | ☐ Disputed | | |
| | Date(s) debt was incurred __11/30/15__ | Basis for the claim: __loan__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$55,231.79** |
| | **ERNEST L ROHRER** | ☐ Contingent | | |
| | **32581 520th AVENUE** | ☐ Unliquidated | | |
| | **Grove City, MN 56243** | ☐ Disputed | | |
| | Date(s) debt was incurred __12/31/15__ | Basis for the claim: __loan__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$6,366.83** |
| | **Eurofins DQCI, LLC** | ☐ Contingent | | |
| | **Attn: Lisa Schofield** | ☐ Unliquidated | | |
| | **702 Electronic Drive** | ☐ Disputed | | |
| | **Horsham, PA 19044** | Basis for the claim: __quality testing services__ | | |
| | Date(s) debt was incurred __ | | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$80,056.28** |
| | **EVAN D MILLER** | ☐ Contingent | | |
| | **N16033 ST HWY 73** | ☐ Unliquidated | | |
| | **Thorp, WI 54771** | ☐ Disputed | | |
| | Date(s) debt was incurred __12/31/15__ | Basis for the claim: __loan__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,640.77 |
| --- | --- | --- | --- |
| | **Fair Trade USA**<br>**1500 Broadway, Suite 400**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __0614__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556.05 |
| --- | --- | --- | --- |
| | **Farmco Manufacturing**<br>**2937 Harvest Drive**<br>**Ronks, PA 17572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __SPR1__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,608.58 |
| --- | --- | --- | --- |
| | **Finlay Extracts & Ingredients**<br>**PO Box 358091**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,487.14 |
| --- | --- | --- | --- |
| | **Fortney Packages Inc**<br>**P.O. Box 70**<br>**Shippensburg, PA 17257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,882.09 |
| --- | --- | --- | --- |
| | **FOSS North America, Inc**<br>**3006 Solutions Center**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __1858__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.35 |
| --- | --- | --- | --- |
| | **Franklin Equipment Rental LLC**<br>**3110 Philadelphia Avenue**<br>**Chambersburg, PA 17201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __equipment rental__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,109.58 |
| --- | --- | --- | --- |
| | **FRED MAST**<br>**15711 REDMORE LANE**<br>**Amelia, VA 23002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/8/16__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**3.95** Nonpriority creditor's name and mailing address

**Friendly City Food Co-op**
**150 E. Wolfe Street**
**Harrisonburg, VA 22802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

**Fruitcrown Products, Corp**
**250 Adams Boulevard**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$218.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** Nonpriority creditor's name and mailing address

**G&M Transport, LLC**
**689 Bowman Road**
**Chambersburg, PA 17202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$34,621.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **transportation services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

**GARY E BUTIKOFER**
**16179 ALPINE LANE**
**Richland Center, WI 53581**

Date(s) debt was incurred  **11/30/15**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$105,419.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

**General Films, Inc**
**645 South High Street**
**Covington, OH 45318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

**Gentle Harvest**
**8372 W. Main Street**
**Marshall, VA 20115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$488.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

**Gerald A. Byers**
**689 Bowman Rd.**
**Chambersburg, PA 17202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$27,385.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.102 | Nonpriority creditor's name and mailing address | $28.00 |

**Giant Eagle/Fisher Heights 0614**
**1300 Country Club Road**
**Monongahela, PA 15063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 | Nonpriority creditor's name and mailing address | $6.00 |

**Giant Eagle/Uniontown**
**581 Pittsburgh Road**
**Uniontown, PA 15401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104 | Nonpriority creditor's name and mailing address | $210.00 |

**Giant Eagle/Waynesburg**
**100 Sugar Run Road**
**Waynesburg, PA 15370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.105 | Nonpriority creditor's name and mailing address | $656.92 |

**Glen Trantham**
**14217 County Rd 610**
**Birch Tree, MO 65438-8214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 | Nonpriority creditor's name and mailing address | $27.44 |

**Glen's Garden Market**
**2001 S Street NW**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 | Nonpriority creditor's name and mailing address | $38,400.20 |

**Graphics Universal Inc**
**P.O. Box 610**
**Greencastle, PA 17225**

Date(s) debt was incurred _

Last 4 digits of account number  __0859__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 | Nonpriority creditor's name and mailing address | $196.00 |

**Graul's Market**
**607 Taylor Avenue**
**Annapolis, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __product purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.00** |
| | **Graul's Market** | ☐ Contingent | |
| | **1388 Cape St. Claire Road** | ☐ Unliquidated | |
| | **Annapolis, MD 21409** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
| | **Graul's Market** | ☐ Contingent | |
| | **1212 S. Talbot Street St.** | ☐ Unliquidated | |
| | **Saint Michaels, MD 21663** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
| | **Graul's Market/Mt. Carmel** | ☐ Contingent | |
| | **220 Mt. Carmel Road** | ☐ Unliquidated | |
| | **Parkton, MD 21120** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
| | **Green Grocers** | ☐ Contingent | |
| | **8741 Ashwood Drive Unit O** | ☐ Unliquidated | |
| | **Capitol Heights, MD 20743** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
| | **Green Ridge Acres** | ☐ Contingent | |
| | **3752 Yost Road** | ☐ Unliquidated | |
| | **Gordonville, PA 17529** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.66** |
| | **Gryphon Cafe** | ☐ Contingent | |
| | **105 W. Lancaster Avenue** | ☐ Unliquidated | |
| | **Wayne, PA 19087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,324.47** |
| | **HARLEY J MARTIN** | ☐ Contingent | |
| | **5297 CUTTER RD** | ☐ Unliquidated | |
| | **Apple Creek, OH 44606** | ☐ Disputed | |
| | **Date(s) debt was incurred** __12/31/15__ | **Basis for the claim:** __loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document     Page 45 of 82

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385,614.31 |
|---|---|---|---|
| | **HARVEY D KAUFFMAN**<br>**4671 KINSMAN RD**<br>**Middlefield, OH 44062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _2315_ | Basis for the claim:  __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,409.90 |
|---|---|---|---|
| | **Heller's Gas, Inc.**<br>**PO Box 444**<br>**Berwick, PA 18603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _1151_ | Basis for the claim:  __services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,000.00 |
|---|---|---|---|
| | **Hiland Naturals, Ltd**<br>**12839 CR 6**<br>**Killbuck, OH 44637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,750.74 |
|---|---|---|---|
| | **HORST BUILDERS LLC**<br>**W 6870 CYPRESS RD**<br>**Neshkoro, WI 54960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _11/6/2015_<br>Last 4 digits of account number _ | Basis for the claim:  __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|
| | **Huhtamaki, Inc**<br>**25089 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __product purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.07 |
|---|---|---|---|
| | **ImportFood.com**<br>**7544 W. Lemhi St. #11**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __product purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,190.71 |
|---|---|---|---|
| | **Independent Stainless**<br>**Fabrication**<br>**PO Box 1624**<br>**West Plains, MO 65774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.32 |
|---|---|---|---|

**Industrial Pallet Corp.**
**US 52 South**
**Clarks Hill, IN 47930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.20 |
|---|---|---|---|

**Inn at Little Washington**
**PO Box 300**
**Washington, VA 22747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346,368.62 |
|---|---|---|---|

**J. Horrocks Design, LLC**
**1732 Hopewell Rd.**
**Elverson, PA 19520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number  **1685**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,772.32 |
|---|---|---|---|

**J.C. Ehrlich Co., Inc.**
**P.O. Box 13848**
**Reading, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number  **9877**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,251.72 |
|---|---|---|---|

**JAMES C EHST**
**709 UNDERWOODS CORNER RD**
**Clayton, DE 19938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/15**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,288.95 |
|---|---|---|---|

**JAMES E HORST**
**3056 GREENWICH RD**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2015**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,722.86 |
|---|---|---|---|

**JANET E BYERS**
**209 CHURCH AVENUE**
**Ephrata, PA 17522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/16**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|
| | **Janssen's Market LLC**<br>**3801 Kennett Pike**<br>**Wilmington, DE 19807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __product purchases__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|
| | **JASON M HORST**<br>**15022 N CR 425 E**<br>**Hope, IN 47246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/27/18__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,894.08 |
|---|---|---|---|
| | **JEREMIAH D HOLLINGSHEAD**<br>**2227 CAMELOT DRIVE**<br>**Columbiana, OH 44408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/8/2015__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.71 |
|---|---|---|---|
| | **JLM Studio Design**<br>**4 Midland Rd**<br>**Newville, PA 17241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,655.40 |
|---|---|---|---|
| | **JOHN I ZIMMERMAN**<br>**3088 DISINGER RD**<br>**Waterloo, NY 13165** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/31/15__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,063.35 |
|---|---|---|---|
| | **JONATHAN B MARTIN**<br>**3540 MISSION HOME LANE**<br>**Free Union, VA 22940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __8/1/16__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,903.00 |
|---|---|---|---|
| | **JOSEPH SHOWALTER**<br>**540 FYFFE BRANCH**<br>**West Liberty, KY 41472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/10/2015__ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**JOSIAH M GRUNWALD**<br>**1393 MOUNTAIN DRIVE**<br>**Fredericksburg, PA 17026**<br><br>Date(s) debt was incurred  **12/7/15**<br>Last 4 digits of account number  _ | **$68,712.58** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**JULIA L MYER**<br>**785 DAIRY FARM RD**<br>**Metter, GA 30439**<br><br>Date(s) debt was incurred  **12/31/15**<br>Last 4 digits of account number  _ | **$78,604.71** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**KARALYN R ROHRER**<br>**5459 RICHARDSON RD**<br>**Spring Hope, NC 27882**<br><br>Date(s) debt was incurred  **1/30/17**<br>Last 4 digits of account number  _ | **$3,733.98** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Karns Food**<br>**675 Silver Spring Road**<br>**Mechanicsburg, PA 17050**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **$673.63** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **product purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**KENDAL E ROHRER**<br>**5459 RICHARDSON RD**<br>**Spring Hope, NC 27882**<br><br>Date(s) debt was incurred  **2/8/17**<br>Last 4 digits of account number  _ | **$41,815.96** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Kenworth of Pennsylvania**<br>**PO Box 1922**<br>**Carlisle, PA 17013**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **1158** | **$91.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **services**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**Kimbrough Company, Inc**<br>**P.O. Box 308**<br>**West Plains, MO 65775**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **$35.85** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **product purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,870.00 |
|---|---|---|---|

**Kinetic Leasing**
2575 41st St. South, Ste. 101
Fargo, ND 58104

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  former creditor Fernwood Capital & leasing

Is the claim subject to offset? ■ No  ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,283.13 |
|---|---|---|---|

**Knepper's Kleen Water**
2793 Wiles Road
Chambersburg, PA 17202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,124.50 |
|---|---|---|---|

**LABAN E BUTIKOFER**
3540 MISSION HOME LN
Free Union, VA 22940

Date(s) debt was incurred  11/30/15
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,532.66 |
|---|---|---|---|

**Lanco-Pennland**
1258 Maryland Avenue
Hagerstown, MD 21740

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  product purchases

Is the claim subject to offset? ■ No  ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.00 |
|---|---|---|---|

**Landisdale Farm**
838 Ono Rd
Jonestown, PA 17038

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  product purchases

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,118.75 |
|---|---|---|---|

**LAVERN L WEAVER**
318 CRANDALL RD
Andover, NY 14806

Date(s) debt was incurred  11/25/2015
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,919.64 |
|---|---|---|---|

**LAVERNE J AMSTUTZ**
9380 MENNONITE ROAD
Wadsworth, OH 44281

Date(s) debt was incurred  12/31/15
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,444.11 |
|---|---|---|---|

**LENA S CARPENTER**
**2925 WATSON ROAD**
**Metter, GA 30439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/30/2015__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,996.37 |
|---|---|---|---|

**LESTER M WEAVER**
**383 SCOTLAND RD**
**Quarryville, PA 17566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/14/2016__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,911.30 |
|---|---|---|---|

**LEVI W RUDOLPH**
**2200 NW TOM MIZELL AVE**
**Arcadia, FL 34266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/19/2016__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,227.34 |
|---|---|---|---|

**LEVI W ZIMMERMAN JR**
**1300 E KERCHER AVE  LOT 16**
**Myerstown, PA 17067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/15__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,298.09 |
|---|---|---|---|

**LEWIS L BEACHY**
**9441 SEAMAN ROAD**
**Middleport, NY 14105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/14/16__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,390.66 |
|---|---|---|---|

**LINDA E MARTIN**
**628 LICKDALE RD**
**Fredericksburg, PA 17026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/10/15__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,022.47 |
|---|---|---|---|

**LINDON W ZEISET**
**3913 HORST LANE**
**Chambersburg, PA 17202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/26/16__

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,626.30 |
|---|---|---|---|

**Lochhead Mfg. Co.**
 P.O. Box 796007
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,218.27 |
|---|---|---|---|

**MALON J BEACHY**
**273 Wolf Creek**
**Grayson, KY 41143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/15**

Basis for the claim:   **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,649.20 |
|---|---|---|---|

**MARK BURKHOLDER**
**951 EAST KERCHER AVENUE**
**Myerstown, PA 17067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/16**

Basis for the claim:   **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,646.53 |
|---|---|---|---|

**Market Administration**
**PO Box 51478**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.15 |
|---|---|---|---|

**Martin and Martin, Inc.**
**37 South Main Street,  Suite A**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,615.00 |
|---|---|---|---|

**Martin Custom Farming, LLC**
**2027 Clearfield Rd**
**Shippensburg, PA 17257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.08 |
|---|---|---|---|

**Martin's Famous Pastry Shoppe**
**1000 Potato Roll Lane**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **product purchases**

Last 4 digits of account number  **7416**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,442.88 |
|---|---|---|---|

**MARVIN GOOD**
**15084 CHURCH RD**
**Dalton, OH 44618**

Date(s) debt was incurred  **11/18/15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,203.41 |
|---|---|---|---|

**MARY C HORST**
**691 NW LEBANON RD**
**Dalton, OH 44618**

Date(s) debt was incurred  **12/31/15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,168.85 |
|---|---|---|---|

**MARY L MARTIN**
**11463 MELODY ROAD**
**Greencastle, PA 17225**

Date(s) debt was incurred  **4/29/16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,514.91 |
|---|---|---|---|

**MARY P BIRKY**
**2172 FADLEY RD**
**Bridgewater, VA 22812**

Date(s) debt was incurred  **12/31/15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,081.05 |
|---|---|---|---|

**MATTHEW W SHIRK**
**PO BOX 315**
**Rio Grande, OH 45674**

Date(s) debt was incurred  **11/23/2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,300.54 |
|---|---|---|---|

**MELODY F MYER**
**785 DAIRY FARM ROAD**
**Metter, GA 30439**

Date(s) debt was incurred  **3/3/2016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,066.07 |
|---|---|---|---|

**MELVIN L HORST**
**1035 RT 336**
**Geneva, NY 14456**

Date(s) debt was incurred  **12/31/15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,899.92 |
|---|---|---|---|

**Mid Penn Business Group, LLC**
**2159 Castlegreen Drive**
**Greencastle, PA 17225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,991.50 |
|---|---|---|---|

**Mike Woolsey & Sons' Drilling**
**& Pump Svc**
**2431 Date Drive**
**Summersville, MO 65571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,735.57 |
|---|---|---|---|

**MILDRED COBLENTZ**
**HC 1  BOX 34**
**Grandin, MO 63943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/16/2015**

Basis for the claim: **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,476.71 |
|---|---|---|---|

**MILLER FAMILY REVOCABLE TRUST**
**62927 COUNTY ROAD 35**
**Goshen, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/5/17**

Basis for the claim: **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,193.05 |
|---|---|---|---|

**MILLER FAMILY TRUST**
**PO BOX 150**
**Severn, NC 27877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/27/15**

Basis for the claim: **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.95 |
|---|---|---|---|

**MOM's Organic Market**
**711 W. 40th St.**
**Baltimore, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**MOM's Organic Market**
**1901 N. Veitch Street**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document        Page 54 of 82

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.96 |
|---|---|---|---|

**MOM's Organic Market**
**711 West 40th Street**
**Baltimore, MD 21211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,147.42 |
|---|---|---|---|

**MOM's Organic Market**
**1149 E. Lancaster Avenue**
**Bryn Mawr, PA 19010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.75 |
|---|---|---|---|

**MOM's Organic Market**
**Central Office**
**5612 Randolph Road**
**Rockville, MD 20852**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.45 |
|---|---|---|---|

**MOM's Organic Market**
**1615 King's Highway North**
**Cherry Hill, NJ 08034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.00 |
|---|---|---|---|

**MOM's Organic Market**
**711 W. 40th St.**
**Baltimore, MD 21211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,785.36 |
|---|---|---|---|

**MOM's Organic Market**
**424 Elden Street**
**Herndon, VA 20170**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.00 |
|---|---|---|---|

**MOM's Organic Market**
**711 W. 40th St.**
**Baltimore, MD 21211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.24 |
| --- | --- | --- | --- |
| | **MOM's Organic Market**<br>**1401 New York Ave. NE**<br>**Washington, DC 20002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.46 |
| --- | --- | --- | --- |
| | **MOM's Organic Market**<br>**34 South 11th Street**<br>**Philadelphia, PA 19107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.00 |
| --- | --- | --- | --- |
| | **MOM's Organic Market**<br>**711 W. 40th St.**<br>**Baltimore, MD 21211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.21 |
| --- | --- | --- | --- |
| | **MOM's Organic Market**<br>**711 W. 40th St.**<br>**Baltimore, MD 21211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.76 |
| --- | --- | --- | --- |
| | **MOM's Organic Market**<br>**5267 Campbell Blvd.**<br>**White Marsh, MD 21236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.00 |
| --- | --- | --- | --- |
| | **MOM's Organic Market/Bowie**<br>**711 W. 40th St.**<br>**Baltimore, MD 21211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
| --- | --- | --- | --- |
| | **MOM's Organic Market/Jessup**<br>**5566 Randolph Rd.**<br>**Rockville, MD 20852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __product purchases__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.59 |
|---|---|---|---|

**Mountain View Farm
& Garden Supply**
4923 Molly Pitcher Hwy
Chambersburg, PA 17202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __product purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,401.50 |
|---|---|---|---|

**NANCY M MILLER**
8586 KERRY ROAD
Manistee, MI 49660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/7/2016__

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.89 |
|---|---|---|---|

**Nancy's Lock & Key Svc**
569 S. Fourth Street
Chambersburg, PA 17201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458,018.57 |
|---|---|---|---|

**NAOMI M MARTIN**
12349 HUYETT LANE
Hagerstown, MD 21740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/24/15__

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,195.73 |
|---|---|---|---|

**NATHAN D MYER**
13698 PORTAL HIGHWAY
Metter, GA 30439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/2015__

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,397.49 |
|---|---|---|---|

**NATHANIEL J COON**
150 TOBIE PLACE LANE
Beulaville, NC 28518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/2015__

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,497.46 |
|---|---|---|---|

**Natural Products Expo East**
Informa Media/Expo East
24654 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __product purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,044.77 |
|---|---|---|---|
| | **Nelson-Jameson, Inc.**<br>**P.O. Box 1147**<br>**Marshfield, WI 54449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,515.86 |
|---|---|---|---|
| | **Office Suppliers**<br>**1102 Sheller Ave Suite A**<br>**Chambersburg, PA 17201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,693.01 |
|---|---|---|---|
| | **OK Kosher Certification**<br>**391 Troy Avenue**<br>**Brooklyn, NY 11213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,872.22 |
|---|---|---|---|
| | **ONETA K OVERHOLT**<br>**536 CENTRAL SHILOH RD**<br>**Abbeville, SC 29620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/31/16**<br>Last 4 digits of account number _ | Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,774.65 |
|---|---|---|---|
| | **Orchard Solutions, LLC**<br>**40 W. Evergreen Ave.**<br>**Philadelphia, PA 19118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,903.16 |
|---|---|---|---|
| | **Packaging Svcs of Maryland**<br>**P.O. Box 75376**<br>**Baltimore, MD 21275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,490.55 |
|---|---|---|---|
| | **Park's Garbage Service, Inc.**<br>**PO Box 7117**<br>**Charleston, WV 25356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **8376** | Basis for the claim:  **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,823.00 |
|---|---|---|---|

**PATRICK W COON**
**1070 150th STREET**
**Keota, IA 52248**

Date(s) debt was incurred **5/27/2016**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,092.25 |
|---|---|---|---|

**PAUL B BYERS JR**
**21174 COUNTY 10 BLVD**
**Zumbrota, MN 55992**

Date(s) debt was incurred **8/29/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,742.37 |
|---|---|---|---|

**PAUL E BYLER**
**4154 HWY 17**
**Summersville, MO 65571**

Date(s) debt was incurred **5/27/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269,955.77 |
|---|---|---|---|

**PAUL J BAKER**
**4270 OAK HILL RD**
**Waynesboro, PA 17268**

Date(s) debt was incurred **1/1/14**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,182.18 |
|---|---|---|---|

**PCI Benefits Consortium LLC**
**PO Box 5406**
**Lancaster, PA 17606**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $792.91 |
|---|---|---|---|

**Pennsylvania Certified Organic**
**106 School Street Suite 201**
**Spring Mills, PA 16875**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.28 |
|---|---|---|---|

**Pepco - Eastern Market**
**PO Box 13608**
**Philadelphia, PA 19101**

Date(s) debt was incurred __

Last 4 digits of account number **5277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$961.27** |
|---|---|---|---|

**Pepco Union Market**
P.O. Box 13608
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.48** |
|---|---|---|---|

**Pequea Valley Farm**
116-D South Ronks Road
Ronks, PA 17572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,893,404.55** |
|---|---|---|---|

**Philip E. Riehl**
1830 Camp Swatara Road
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221,575.94** |
|---|---|---|---|

**PHILIP HAINES**
737 BYNE SUNSHINE RD
Millen, GA 30442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/15**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,340.16** |
|---|---|---|---|

**Plan It Green Printing**
7435 N. Figueroa St. #502
Los Angeles, CA 90041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194.00** |
|---|---|---|---|

**Pleasant Pops**
1781 Florida Ave NW Suite G
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,041.60** |
|---|---|---|---|

**PNC Bank**
PO Box 856177
Louisville, KY 40285-3177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $283.65 |
|---|---|---|---|

**Potomac Whole Foods**
12824 Lanes Run Road
Big Pool, MD 21711

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.36 |
|---|---|---|---|

**Priapi Gardens**
P.O. Box 4
Cecilton, MD 21913

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,849.46 |
|---|---|---|---|

**Quintin Byers**
10138 Church Hill Road
Mercersburg, PA 17236

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,957.85 |
|---|---|---|---|

**Quintin F. Frey**
3521 Anchor Road
Washington Boro, PA 17582

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $91,041.23 |
|---|---|---|---|

**RACHEL L KUEPFER**
54409 HWY T
Edina, MO 63537

Date(s) debt was incurred  **12/31/15**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,397.87 |
|---|---|---|---|

**Rainforest Distribution Corp**
20 Pulaski Street Suite A
Bayonne, NJ 07002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,219.15 |
|---|---|---|---|

**Randstad**
P. O. Box 7247-6655
Philadelphia, PA 19170

Date(s) debt was incurred _
Last 4 digits of account number  **7446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490,381.76 |
|---|---|---|---|

**RAYMOND B NOLT**
**372 E. Rehrersburg Rd.**
**Bethel, PA 19507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/5/16**

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|

**REBECCA E KREIDER**
**31 COTTAGE ROAD**
**Myerstown, PA 17067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/27/18**

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,801.91 |
|---|---|---|---|

**REBECCA HORST**
**20612 LEITERS MILL RD**
**Hagerstown, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/30/16**

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**Red Apron**
**709 D Street NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **product purchases**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Results Marketing LTD**
**3601 Green Road  Suite 103**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,573.26 |
|---|---|---|---|

**REUBEN J YODER**
**301 RIDGETOP DRIVE**
**Rural Retreat, VA 24368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/16/15**

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|

**RHODA F STEINER**
**23926 WILKIE ROAD**
**Cambridge Springs, PA 16403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/27/18**

Basis for the claim: **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,475.77 |
| --- | --- | --- | --- |
| | RHODA S YODER<br>1256 STATE RT 1213 N<br>Hickory, KY 42051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/31/2015** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.89 |
| --- | --- | --- | --- |
| | Ricoh USA, Inc<br>P.O. Box 827577<br>Philadelphia, PA 19182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **services** | |
| | Last 4 digits of account number **7780** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.60 |
| --- | --- | --- | --- |
| | Rival Brothers Coffee - Spruce<br>4500 Worth Street<br>Philadelphia, PA 19124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,184.06 |
| --- | --- | --- | --- |
| | ROBERT A. JONES<br>9374 MCQUAID RD<br>Orrville, OH 44667 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/8/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,444.91 |
| --- | --- | --- | --- |
| | ROBERT L SHOWALTER<br>7709 TRIPLE FARM DRIVE<br>BRIDGEWATER, VA 22182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/10/15** | Basis for the claim: **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.55 |
| --- | --- | --- | --- |
| | Roberts Oxygen Company, Inc<br>PO Box 5507<br>Rockville, MD 20855 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.10 |
| --- | --- | --- | --- |
| | Rodman's Gourmet Stores<br>4301 Randolph Road<br>Silver Spring, MD 20906 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.62 |
|---|---|---|---|

**Rodney B. Smith Plumbing**
**Heating and Cooling Inc.**
**940 Hollywell Avenue**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,321.29 |
|---|---|---|---|

**ROK Mechanical**
**& Refrigeration**
**3051 Pleasant Valley Road**
**Crystal Spring, PA 15536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,093.49 |
|---|---|---|---|

**RONALD L PUTT**
**2100 NEW STATE RD**
**Webster, KY 40176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2015**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,703.85 |
|---|---|---|---|

**RONALD M HOLLINGSHEAD**
**650 SEATON HANKS LN**
**Stephensport, KY 40170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2015**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Roots 657**
**1718 Landon Hill Road**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **product purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,847.08 |
|---|---|---|---|

**ROSALIE GRACE MARTIN**
**5215 STATE ROUTE 146E**
**Anna, IL 62906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/15**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,596.29 |
|---|---|---|---|

**ROSALYN S SHOWALTER**
**540 FYFFE BRANCH**
**West Liberty, KY 41472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/10/15**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,100.82 |
|---|---|---|---|

**ROSE MARY WEAVER**
**36 SEYMOUR DRIVE**
**Myerstown, PA 17067**

Date(s) debt was incurred **6/30/2016**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,320.00 |
|---|---|---|---|

**Rosy's Wastewater Removal**
**8058 Huber Road**
**Saint Thomas, PA 17252**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,022.52 |
|---|---|---|---|

**RUTH ANN BYLER**
**627 DEER TRACK LANE**
**Dover, DE 19904**

Date(s) debt was incurred **12/31/15**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,677.67 |
|---|---|---|---|

**RUTH COBLENTZ**
**HC 1 BOX 34**
**Grandin, MO 63943**

Date(s) debt was incurred **11/16/2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,877.23 |
|---|---|---|---|

**RUTH I WEAVER**
**1215 MOSCOW ROAD**
**Dongola, IL 62926**

Date(s) debt was incurred **10/27/18**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.05 |
|---|---|---|---|

**Saf-Gard Safety Shoe Co**
**PO Box 10379**
**Greensboro, NC 27404**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,541.82 |
|---|---|---|---|

**Sam's Club MC/SYNCB**
**P.O. Box 960013**
**Orlando, FL 32896**

Date(s) debt was incurred _
Last 4 digits of account number **4272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **product purchases**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**Sauder & Stoltzfus LLC**<br>**1028 Sharp Avenue**<br>**Ephrata, PA 17522**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,996.75** |

| | | |
|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**September Farm Cheese**<br>**PO Box 127**<br>**Honey Brook, PA 19344**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __product purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$86.00** |

| | | |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address**<br>**Service Tire Truck Centers**<br>**2255 Ave. A**<br>**Bethlehem, PA 18017**<br><br>Date(s) debt was incurred __2018__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$896.00** |

| | | |
|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address**<br>**SHARON GOOD**<br>**15084 CHURCH RD**<br>**Dalton, OH 44618**<br><br>Date(s) debt was incurred __11/18/15__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32,132.94** |

| | | |
|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address**<br>**Shoes for Crews, LLC**<br>**P.O. Box 734176**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __7202__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __product purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,048.42** |

| | | |
|---|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address**<br>**Springfield Farm**<br>**16701 Yeoho**<br>**Sparks, MD 21152**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __product purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$367.56** |

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Sprint**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __6941__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,052.98** |

| | | |
|---|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address**<br>Stanpac Inc.<br>7158 Solutions Center<br>Chicago, IL 60677<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  services<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$220,562.76** |
| 3.264 | **Nonpriority creditor's name and mailing address**<br>Staples Business Credit<br>PO BOX 105638<br>Atlanta, GA 30348<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4320,65DC** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  supplies<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,544.32** |
| 3.265 | **Nonpriority creditor's name and mailing address**<br>Starfield & Smith P.C.<br>1300 Virginia Dr., Ste. 325<br>Fort Washington, PA 19034<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  services<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,102.50** |
| 3.266 | **Nonpriority creditor's name and mailing address**<br>STERLING M CARPENTER<br>6398 ST RT 775<br>Patriot, OH 45658<br><br>Date(s) debt was incurred **12/31/2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194,649.95** |
| 3.267 | **Nonpriority creditor's name and mailing address**<br>STEVEN J KUEPFER<br>54411 HIGHWAY T<br>Edina, MO 63537<br><br>Date(s) debt was incurred **12/31/15**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,074.88** |
| 3.268 | **Nonpriority creditor's name and mailing address**<br>Summit Physician Services<br>785 5th Avenue Suite 3<br>Chambersburg, PA 17201<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0189** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  services<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,523.00** |
| 3.269 | **Nonpriority creditor's name and mailing address**<br>Swing's Coffee Roasters<br>501 E. Monroe Avenue<br>Alexandria, VA 22301<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  product purchases<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.98** |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.00 |
|---|---|---|---|

**Takoma Park Co-op**
201 Ethan Allen Ave
Takoma Park, MD 20912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __product purchases__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**The Peddler's Wagon**
7475 Hedgesville Road
Hedgesville, WV 25427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __product purchases__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,380.35 |
|---|---|---|---|

**THELMA J BONTRAGER**
2483 BUGGS FERRY ROAD
Macon, MS 39341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/15__

Basis for the claim: __loan__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,371.55 |
|---|---|---|---|

**THELMA M ZIMMERMAN**
4906 ROUTE 414
Romulus, NY 14541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/2015__

Basis for the claim: __loan__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Time Leasing**
a Division of T. Davis Sales, LLC
207 Peterson Drive
Elizabethtown, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __equipment leasing__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,885.00 |
|---|---|---|---|

**Time Payment Corp.**
1600 District Ave., Ste. 200
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __lease buy out balance__

Last 4 digits of account number __6971__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,231.79 |
|---|---|---|---|

**TIMOTHY Z ROHRER**
5459 RICHARDSON RD
Spring Hope, NC 27882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/15__

Basis for the claim: __loan__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$273,125.36** |
|---|---|---|---|
| | TITUS H OVERHOLT<br>25 SOUTH 3110 WEST<br>Provo, UT 84601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/31/15 | Basis for the claim:  loan | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|
| | TQL<br>PO Box 634558<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  product purchases | |
| | Last 4 digits of account number  3672 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,401.65** |
|---|---|---|---|
| | Transply, Inc.<br>P.O. Box 7727<br>York, PA 17404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  product purchases | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$830.22** |
|---|---|---|---|
| | TRIMBLE INC.<br>DEPT. 33209<br>PO BOX 39000<br>San Francisco, CA 94139 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  services | |
| | Last 4 digits of account number  5292 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331,502.99** |
|---|---|---|---|
| | Twin Oaks Dairy, LLC<br>8660 Findley Road<br>Mercersburg, PA 17236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  services | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,093.22** |
|---|---|---|---|
| | ULINE<br>ATTN: ACCOUNTS RECEIVABLE<br>PO Box 88741<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  supplies | |
| | Last 4 digits of account number  2729 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$488.05** |
|---|---|---|---|
| | UPS Store #3040<br>975 Wayne Avenue<br>Chambersburg, PA 17201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  services | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $977.76 |
|---|---|---|---|
| | **Utz Quality Foods, LLC**<br>PO Box 64801<br>Baltimore, MD 21264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4603** | Basis for the claim: **product purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.58 |
|---|---|---|---|
| | **Valentine Meats, LLC**<br>1425 28th St. NW<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **product purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.92 |
|---|---|---|---|
| | **Verizon - Eastern Market**<br>PO Box 15124<br>Albany, NY 12212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0125** | Basis for the claim: **utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.18 |
|---|---|---|---|
| | **Verizon - Union Market**<br>PO Box 4830<br>Trenton, NJ 08650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0174** | Basis for the claim: **utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.61 |
|---|---|---|---|
| | **Verizon Wireless**<br>P O Box 25505<br>Lehigh Valley, PA 18002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4203** | Basis for the claim: **utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|
| | **Via Umbria**<br>1525 Wisconsin Avenue NW<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **product purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736.07 |
|---|---|---|---|
| | **Videojet Technologies Inc.**<br>12113 Collection Center Dr<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3548** | Basis for the claim: **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.90 |
|---|---|---|---|

**Weis Markets Inc.**
**1000 South Second Street**
**Sunbury, PA 17801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **product purchases**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $919.12 |
|---|---|---|---|

**Weiss Bros. of Hagerstown, Inc.**
**18038 Oak Ridge Drive**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **product purchases**

Last 4 digits of account number  **9150**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,719.27 |
|---|---|---|---|

**Wells Fargo Vendor Fin Svcs.**
**PO Box 650016**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **financial**

Last 4 digits of account number  **8531**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,587.94 |
|---|---|---|---|

**WENDELL E HORST**
**W 6870 CYPRESS RD**
**Neshkoro, WI 54960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/6/15**

Basis for the claim:  **loan**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,949.75 |
|---|---|---|---|

**Westfield Egg Farm Inc.**
**165 N. Shirk Road**
**New Holland, PA 17557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **product purchases**

Last 4 digits of account number  **0057**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,683.93 |
|---|---|---|---|

**WILLIAM W MAST**
**16810 RED LODGE LANE**
**Amelia, VA 23002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/15**

Basis for the claim:  **loan**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,822.70 |
|---|---|---|---|

**WILMA R ROHRER**
**6499 BUTTERCUP LANE**
**Dayton, VA 22821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/16**

Basis for the claim:  **loan**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,311.76 |
|-------|-----|-----|-----|
| | **Xerox Financial Services**<br>**P.O. Box 202882**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **equipment expenses** | |
| | Last 4 digits of account number  **6001** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.63 |
|-------|-----|-----|-----|
| | **Zero Ice**<br>**42 Siloam Road**<br>**Chambersburg, PA 17201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **product purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|-----|-----|-----|
| | **Zimmerman Law Office PC**<br>**466 Jonestown Road**<br>**Jonestown, PA 17038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **legal fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|-----|-----|-----|
| 4.1 | **A. G. Adjustments, Ltd.**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747** | Line  **3.282**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Ag Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | Line  **3.227**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Altus Receivables Management**<br>**P.O. Box 1389**<br>**Kenner, LA 70063** | Line  **3.125**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Anabaptist Financial**<br>**1245 Old Route 15**<br>**New Columbia, PA 17856** | Line  **3.8**<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|-----|-----|-----|-----|
| 5a. Total claims from Part 1 | 5a. | $ | 13,168.01 |
| 5b. Total claims from Part 2 | 5b. | + $ | 37,672,202.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 37,685,370.30 |

| Fill in this information to identify the case: |

Debtor name   **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   **1:19-bk-05202**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **installment sale agreement for 129 Commerce Street Chambersburg, PA** | |
| | State the term remaining | **10 months** | **Mid Penn Business Group, LLC** |
| | List the contract number of any government contract | | **2159 Castlegreen Drive Greencastle, PA 17225** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **contract to purchase business and real estate assets** | |
| | State the term remaining | **1 month** | **Yiamas Dairy Farms** |
| | List the contract number of any government contract | | **c/o Nauman, Smith Shissler and Hall 200 N 3rd St Fl 18 Harrisburg, PA 17101** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City          State          Zip Code | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City          State          Zip Code | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City          State          Zip Code | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | City          State          Zip Code | | | |

Fill in this information to identify the case:

Debtor name **Trickling Springs Creamery LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:19-bk-05202**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $10,489,966.00 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $19,577,774.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $22,908,143.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document    Page 75 of 82

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Commonwealth of Pennsylvania, Department of Banking and Securities, Bureau of Securities Compliance and Examinations v. Trickling Springs Creamery, LLC, Philip Elvin Riehl, Gerald A. Byers, Elvin M. Martin, Dale L. Martin 18-0099 (SEC-OSC)** | | **Dept. of Banking and Securities 17 N. 2d St., Ste. 1300 Harrisburg, PA 17101** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Hiland Naturals, Ltd. v. Trickling Springs Creamery, LLC, et al. 19CV075** | **civil** | **Holmes County, Ohio Ct of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:      Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:      Certain Payments or Transfers

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
     of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
     relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Case & DiGiamberardino, PC<br>845 North Park Road, Ste. 101<br>Wyomissing, PA 19610** | | **11/1/19** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
     to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
     2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
     both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:      Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.


■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.**    **Philip E. Riehl** <br> **1830 Camp Swatara Road** <br> **Myerstown, PA 17067** | **2015- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**    **Philip E. Riehl** <br> **1830 Camp Swatara Road** <br> **Myerstown, PA 17067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Philip E. Riehl | 1830 Camp Swatara Road <br> Myerstown, PA 17067 | managing Member | 64.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dale Martin | 11606 Greencastle Pike <br> Hagerstown, MD 21740 | | 2.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elvin Martin | 356 W. Reliance Rd. <br> Souderton, PA 18964 | | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Gerald Byers | 689 Bowman Rd.<br>Chambersburg, PA 17202 | | 18% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No<br>
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No<br>
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No<br>
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No<br>
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2020**

**/s/ Philip E. Riehl**                   **Philip E. Riehl**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **majority member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No<br>
☐ Yes

Case 1:19-bk-05202-HWV    Doc 17    Filed 01/17/20    Entered 01/17/20 16:21:54    Desc
Main Document     Page 81 of 82

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Trickling Springs Creamery LLC**                                              Case No.    **1:19-bk-05202**
                                                                    Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................    $           **10,000.00**

     Prior to the filing of this statement I have received ........................    $           **10,000.00**

     Balance Due .....................................................................................    $                **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **All services required to be performed in this case will be performed by counsel at counsel's regular hourly rates
         plus any direct expenses incurred.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Adversary proceedings, contested matters and motions to avoid liens.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 17, 2020**                                              **/s/ John A. DiGiamberardino**
*Date*                                                            **John A. DiGiamberardino 41268**
                                                                  *Signature of Attorney*
                                                                  **Case & DiGiamberardino, P.C**
                                                                  **845 North Park Road**
                                                                  **Suite 101**
                                                                  **Wyomissing, PA 19610**
                                                                  **610-372-9900  Fax: 610-372-5469**
                                                                  *Name of law firm*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy