UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE TO CLERK AND UNITED STATES TRUSTEE OF CHANGE
FROM NO ASSET CHAPTER 7 TO ASSET CHAPTER 7 CASE

The following No Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

1. NAME OF CASE: Trickling Springs Creamery, LLC

2. CASE NO. 1-19-05202

3. AMOUNT OF FUNDS ON HAND $0.00

4. NOTICE CREDITORS TO FILE CLAIMS AS INDICATED:

   ACTUAL AMOUNT COLLECTED TO DATE: $0.00

   ( X ) Send appropriate notice to creditors to file proofs of claim.

   (   ) Do not notice creditors to file claims at this time. I will advise when appropriate to notice creditors.

5. OTHER INFORMATION RELATING TO STATUS OF CASE:

DATE: 1/23/2020          /s/ Steven M. Carr
                         STEVEN M. CARR, TRUSTEE

(File original with Clerk, copy to U.S. Trustee)          UST-PA-MD-5
                                                          (Apr. 1988)